# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 28, 2022

Lyle W. Cayce
Clerk

No. 21-20408
Summary Calendar

Donald Ray Eubanks,

*Plaintiff—Appellant*,

*versus*

Bishop; Brian Collier; John Werner; Senior Warden
Boscoe; Knoor; Fallasee Ojo; Owen Murray; Lianette
Linthicum; Steven Williams; Olungbenda; Cynthia Ho;
Bower; Murphy; Eduardo Oriheula; Cameron Ghaffary;
Feng; Lee; Goodgame; Ballow,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1879

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:*

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-20408

Donald Ray Eubanks, Texas prisoner # 1593107, appeals the denial of his motion for the appointment of counsel in his 42 U.S.C. § 1983 civil rights action. We lack jurisdiction because the order denying his motion to appoint counsel is not an appealable interlocutory order. *See Williams v. Catoe*, 946 F.3d 278, 279-81 (5th Cir. 2020) (en banc).

The appeal is DISMISSED for lack of jurisdiction.